| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Tran. Court)* 3:03cr122WS-005 |
|---|---|---|---|
| | | | DOCKET NUMBER *(Rec. Court)* CR07-99 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: LAMESHA HENDRY  Laurel, DE 19956 | DISTRICT SOUTHERN DISTRICT OF MISSISSIPPI | DIVISION JACKSON |
|---|---|---|
| | NAME OF SENTENCING JUDGE Henry T. Wingate | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 02/15/2007 — TO 02/14/2010 |

OFFENSE

18 U.S.C. § 1029(a)(1) - Use of Counterfeit Credit Cards

**REDACTED**

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE "SOUTHERN DISTRICT OF MISSISSIPPI"

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the **DISTRICT OF DELAWARE** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

May 10, 2007                                                   /s/ Henry T. Wingate
*Date*                                                          *United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_____                    _____
*Effective Date*                                       *United States District Judge*