PROB 12
(Rev 02/94)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) Criminal Action No. 1:07CR00099-001 |
| Lamesha Hendry, | ) |
| Defendant. | ) |

### Petition on Probation and Supervised Release

COMES NOW <u>Amie K. Docherty</u> Probation Officer of the Court presenting an official report upon the conduct and attitude of <u>Lamesha Hendry</u>, who was placed on supervision by the Honorable <u>Henry T. Wingate</u>, sitting in the court at <u>Jackson, Mississippi</u> on the <u>13th</u> day of <u>April 2004</u>, who fixed the period of supervision at <u>three years</u>, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

The defendant shall submit any business or personal financial information to the supervising U.S. Probation Officer as requested.

The defendant shall submit to random urinalysis testing and complete any substance abuse treatment program deemed necessary by the supervising U.S. Probation Officer.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach)

SEE ATTACHED

**PRAYING THAT THE COURT WILL ORDER** ...that a summons be issued for Lamesha Hendry requiring her to appear before the Court for a hearing to determine if ~~he~~ she has violated the terms and conditions of supervised release.

**ORDER OF COURT**

So ordered this 30th day of Jan., 2008.

_____
Chief U.S. District Judge

I declare under penalty of perjury the foregoing is true and correct,

_Amie K. Docherty_
U.S. Probation Officer

Executed on   January 23, 2008

Place   Dover, Delaware

**FILED**
JAN 30 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

**Mandatory Condition**: The defendant shall not commit another federal, state, or local crime.

**Standard Condition #9**: The defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer.

**Evidence:** The defendant admitted that she allowed convicted felon and fugitive, Irving Lee Dodson, to stay in her home located at 116 Old Denton Road, Federalsburg, Maryland.

**Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

**Evidence:** On December 27, 2007, when the defendant was asked who was staying at her home in Federalsburg, Maryland, the defendant replied by saying that only her sister and her two children lived with her.

**Standard Condition #7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician.

**Evidence:** On August 7, 2007, the defendant tested positive for marijuana. Ms. Hendry stated that on or about August 4, 2007, she used marijuana with a co-worker due to stress.

**Special Condition**: The defendant shall submit to random urinalysis testing and complete any substance abuse treatment program deemed necessary by the supervising U.S. Probation Officer.

The following dates show the defendant's sporadic attendance:

| Date | Session | Status |
|---|---|---|
| April 16, 2007 | Individual Session | No Call/No Show |
| June 20, 2007 | Random Urinalysis | No Call/No Show |
| June 21, 2007 | Individual Session | No Call/No Show |
| October 9, 2007 | Group Session | No Call/No Show |
| November 20, 2007 | Individual & Group | No Call/No Show |