IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal No. 07-99 GMS ) |
| LAMESHA HENDRY | ) ) |
| Defendant. | ) |

**ORDER MODIFYING SUPERVISED RELEASE**

At Wilmington this ___26th___ day of February 2008, defendant, represented by counsel, having entered a plea of guilty to violating a mandatory condition, standard conditions 3, 7, and 9, and a special condition of her supervised release on February 25, 2008, at which time sentencing was deferred;

IT IS ORDERED that the defendant is adjudged guilty of the violations of her conditions of supervised release.

IT IS FURTHER ORDERED that the term of supervised release and the conditions imposed by this court on February 14, 2008, remain in full effect with the following modification:

(1) The defendant shall participate in a mental health program; and

(2) The defendant shall be placed on six (6) months home confinement with electronic monitoring to commence thirty days (30) days from the date of this Order.

FILED
FEB 2 6 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
CHIEF, UNITED STATES DISTRICT JUDGE